MARIE A. LA PLANTE, as Administratrix of the Estate of JOSEPH LA PLANTE, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 28890.)

Argued October 8, 1951; decided October 19, 1951.

*Albert V. Moore* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

*Kernan & Kernan* for Fidelity & Casualty Company of New York, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.